PD-0143-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/3/2015 4:23:28 PM
Accepted 9/3/2015 4:29:29 PM
ABEL ACOSTA
CLERK

**Cause No. PD-0143-15**
**COURT OF CRIMINAL APPEALS**
**OF TEXAS**

| | | |
|---|---|---|
| **CYNTHIA AMBROSE,** | § | |
| *Appellee/Petitioner,* | § | |
| | § | **FROM THE FOURTH** |
| **vs.** | § | **COURT OF APPEALS** |
| | § | **SAN ANTONIO, TEXAS** |
| **THE STATE OF TEXAS,** | § | **04-13-00788-CR** |
| *Appellant/Respondent.* | § | |

## PETITIONER'S NOTICE OF APPEARANCE AT ORAL ARGUMENT

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Now comes the CYNTHIA AMBROSE, Petitioner, by and through her undersigned counsel, Dayna L. Jones, and hereby gives notice to the Court that the undersigned counsel will appear on October 7, 2015 at 9 a.m. and present oral argument.

Respectfully submitted:

___/s/ Dayna L. Jones_____
DAYNA L. JONES
Bar No. 24049450
LAW OFFICE OF DAYNA L. JONES
1800 McCullough
San Antonio, Texas 78212
(210) 255-8525 office
(210) 223-3248 facsimile

Attorney for Petitioner,
CYNTHIA AMBROSE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Unopposed Motion for Extension of Time to File Brief has been served *via* e-mail through the EFSP Electronic Filing System, to S. Patrick Ballantyne, Assistant Criminal District Attorney, sballantyne@bexar.org, on this the 3rd day of September, 2015.

By:__/s/ Dayna L. Jones_____
DAYNA L. JONES